PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
Attorney for BAC Home Loans Servicing, LP-WH
B.500-945

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                                        Bk. No. 11-52520

SULEYMAN SABANKAYA AND RENEE             Chapter 13
SABANKAYA,
                                                              NOTICE OF APPEARANCE
    Debtors.

_____/

    BAC Home Loans Servicing, LP-WH, its assignees and/or successors in interest, by and through its undersigned attorneys, hereby gives notice of its appearance in these proceedings on behalf of BAC Home Loans Servicing, LP-WH. The undersigned hereby requests that any pleadings and documents that BAC Home Loans Servicing, LP-WH is entitled to, be mailed to said attorneys addressed as follows:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**


Dated: April 11, 2011               By */s/ Dean R. Prober*
                                             Dean R. Prober, Esquire #106207

1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Tina Gaboyan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On April 12, 2011, I served the within NOTICE OF APPEARANCE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Suleyman Sabankaya
Renee Sabankaya
311 Branham Lane East
San Jose, CA 95111
Debtors

Anita Steburg, Esquire
Steburg Law Firm
1754 Technology Drive, #236
San Jose, CA 95110
Attorney for Debtors

Devin Derham-Burk
P. O. Box 50013
San Jose, CA 95150-0013
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 12, 2011, at Woodland Hills, California.

/s/ Tina Gaboyan