

```
Alpha Recovery Corp.
5660 Greenwood Plaza Blvd., Suite 101
Greenwood Village, CO 80111


American Express
PO Box 9181537
El Paso, TX 79998


American Express
PO Box 981537
El Paso, TX 79998


Arrow Financial Services
5996 W Tough Avenue
Niles, IL 60714


Bank of America, N.A.
450 American St. #SV416
Simi Valley, CA 93065


Bank of New York Mellon
101 Barclay Street 4w
New York, NY 10286


BLOOMINGDALES/DSNB
PO BOX 8218
MASON, OH 45040


BLOOMINGDALES/DSNB
PO BOX 8218
MASON, OH 45040


Capital One
PO Box 30281
Salt Lake City, UT 84130


CAPITAL ONE
PO BOX 30281
SALT LAKE CITY, UT 84130


CASHCALL INC
1600 S DOUGLASS RD
ANAHEIM, CA 92806
```



CHASE BANK USA
PO BOX 15298
WILMINGTON, DE 19850


Conoco Phillips/Union 76
PO Box 6497
Sioux Falls, SD 57117


CREDIT MANAGEMENT
4200 INTERNATIONAL PKWY
CARROLLTON, TX 75007


Employment Development Department
PO Box 826806
Sacramento, CA 94206-0001


EQUABLE ASCENT FINANCIAL
1120 W LAKE COOK RD STE  A
BUFFALO GROVE, IL 60089


GE/JCPENNEY
PO BOX 965007
ORLANDO, FL 32896


GEMB/Discount Tires
PO Box 981439
El Paso, TX 79998


GEMS/PAYPAL SMART CONN
PO BOX 965005
ORLANDO, FL 32896


HSBC BANK
PO BOX 5253
CAROL STREAM, IL 60197


HSBC BANK
PO BOX 5253
CAROL STREAM, IL 60197


HSBC/Household Finance Corp.
PO Box 3425
Buffalo, NY 14240



```
MACYS
PO BOX 8218
MASON, OH 45040


MERRICK BANK
10705 S JORDAN GTWY STE 200
SOUTH JORDAN, UT 84095


MIDLAND CREDIT MANAGEMENT
8875 AERO DR
SAN DIEGO, CA 92123


TARGET CORP
PO BOX 673
MINNEAPOLIS, MN 55440


Wells Fargo
PO Box 5445
Portland, OR 97228
```



## UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re  Suleyman Sabankaya & Renee Sabankaya,
          Debtor

Case No.  11-52520

Chapter  13

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 3 pages, is true, correct and complete to the best of my knowledge.

Date  3/14/2011    Signature of Debtor    /s/ Suleyman Sabankaya
                                          SULEYMAN SABANKAYA

Date  3/14/2011    Signature of Joint Debtor    /s/ Renee Sabankaya
                                                RENEE SABANKAYA

Anita L. Steburg
Steburg Law Firm
1754 Technology
Drive, Suite 236
San Jose, CA 95110
408-573-1122
408-573-1126