ANITA STEBURG (SBN: 245933)
STEBURG LAW FIRM
1798 Technology Drive, Suite 258
San Jose, CA 95110
Tel.: (408) 573-1122
Fax: (408) 573-1126

Attorney for Debtors
SULEYMAN AND RENEE SABANKAYA

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| In re:<br><br>Suleyman and Renee Sabankaya,<br><br>Debtors. | CHAPTER 13<br><br>Bankruptcy Case No. 11-5252 SLJ<br><br>**DECLARATION OF DEBTORS REGARDING LOAN MODIFICATION** |

We, SULEYMAN AND RENEE SABANKAYA, hereby declare:

1. We are the debtors in the above case.

2. We requested a loan modification with Bank of New York Mellon through its counsel on June 27, 2011.

3. Through our attorney, we submitted the initial information for the loan modification to AMS Servicing, LLC on July 29, 2011.

4. The loan modification has been requested and is pending.

5. The Plan is based upon the contractual payments due.

6. The balance due to the first deed of trust secured by the principal residence is $614,899.79 and the monthly payments are $2,358.61. The second deed of trust, Bank of America, has been conditionally stripped for the purposes of the bankruptcy.

1  We declare under penalty of perjury under the laws of the State of California that the foregoing
2  is true and correct, and that this declaration was executed on August 30, 2011, at San Jose,
3  California.
4
5
6  /s/ Suleyman Sabankaya                    /s/ Renee Sabankaya
   Suleyman Sabankaya                        Renee Sabankaya



# Steburg Law Firm

July 29, 2011

*Via Facsimile (516-832-6411)*

AMS Servicing, LLC
3374 Walden Ave, Suite 120
Depew, NY 14043

RE: Our Client: Suleyman Sabankaya
Client Address: 311 Branham Lane East, San Jose, CA 95111
Bankruptcy Court: Northern District of California, San Jose Division
Bankruptcy Case No.: 11-52520 SLJ
Loan No.: 005004889

Dear Sir or Madam:

Without waiving any rights or claims as to the debtor's disputes on the amounts allegedly owned, I am making this written request for review under the Making Home Affordable Program for a loan modification or refinance on behalf of the debtor. The debtor is having difficulty making his monthly payment because of financial difficulties created by a loss of income. A copy of the income, expenses and assets are attached.

Please provide me with any documentation necessary to begin this review.

Sincerely,

Anita L. Steburg
Attorney at Law